IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM WHITT,

    Plaintiffs,

v.                                                        Case No. 3:05cv248/LAC

Q AND I, INC., D/B/A BEDLAM TOP
OF THE TOWN; CHRIS DAVIS; and
CITY OF PENSACOLA,

    Defendants.
_____/

## ORDER OF DISMISSAL AND REMAND

Before the Court is Plaintiff's motion to drop party defendants (doc. 57), in which he seeks to release Defendants Chris Davis and City of Pensacola from all claims filed in this action.

Since these Defendants are now dismissed from this cause of action, Plaintiff's only remaining claims are based upon state law. The Court need not entertain the related state law claims. *See* 28 U.S.C. § 1367(c)(3); *Rowe v. City of Fort Lauderdale*, 279 F.3d 1271, 1288 (11th Cir. 2002); *Baggett v. First Nat. Bank of Gainesville*, 117 F.3d 1342, 1352-53 (11th Cir. 1997); *Flint*, 68 F.3d at 1314. Since state law claims should generally be tried in the state forum, *see Rowe, supra*, and these claims have not been directly addressed in this case to date, the interests of judicial economy warrant remand of these claims to the state court.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion to drop party defendants (doc. 57) is **GRANTED.**

2. Pursuant to 28 U.S.C. § 1441(c), this action is **REMANDED** to the Circuit Court for Escambia County, Florida.

3. The Clerk is directed to send a certified copy of this order to the Clerk of the Circuit Court for Escambia County, Florida

**ORDERED** on this 9th day of July, 2007.

        s/*L.A. Collier*
        Lacey A. Collier
        Senior United States District Judge